**MEMO ENDORSED**

LAW OFFICE OF JENNIFER E. TUCEK, P.C.
641 Lexington Avenue, 15th Floor
New York, New York 10022
(917) 669-6991
TucekLaw@Gmail.com

March 10, 2025

Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: *Alexander Gomes v. Frantor Realty Corp. et al*
        24-cv-2770 (ALC)

Dear Judge Stein:

    I represent the Plaintiff in the above-referenced matter. I write on behalf of all Parties to request a one-week adjournment of the initial conference currently scheduled for March 12. The Parties may be close to a resolution. Defendant has stated he needs a bit more time to discuss the matter with his client. We are available next Tuesday, Thursday or Friday. Thank you.

Application granted. The initial case management conference scheduled for Wednesday, March 12, 2025 at 11:00 a.m. is hereby adjourned to Thursday, March 20, 2025 at 11:00 a.m. The parties are to submit their joint Proposed Case Management Plan and Scheduling Order by Monday, March 17, 2025.

/s/Jennifer E. Tucek
Jennifer E. Tucek, Esq.

Date:  March 10, 2025
        New York, NY

SO ORDERED:

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE