LAW OFFICE OF JENNIFER E. TUCEK, P.C.
641 Lexington Avenue, 15th Floor
New York, New York 10022
(917) 669-6991
TucekLaw@Gmail.com

**MEMO ENDORSED**

March 19, 2025

Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Alexander Gomes v. Frantor Realty Corp. et al*
24-cv-2770 (ALC)

Dear Judge Stein:

I represent the Plaintiff in the above-referenced matter. I write on behalf of all Parties to request a *final* one-week adjournment of the initial conference currently scheduled for March 20. The Parties are still discussing a resolution. The Parties are still hopeful that the matter will resolve, but we cannot yet say that the matter is settled in principle. Thus, we are requesting a one-week adjournment of the conference. In the event we cannot resolve it in the next few days, we will provide all the necessary items in preparation of the conference, so we can move this case forward. Thank you.

Application granted. The initial case management conference scheduled for Thursday, March 20, 2025 at 11:00 a.m. is hereby adjourned to Thursday, March 27, 2025 at 2:00 p.m. The parties are to submit their joint Proposed Case Management Plan and Scheduling Order by no later than Monday, March 24, 2025.

/s/Jennifer E. Tucek
Jennifer E. Tucek, Esq.

Date:  March 19, 2025
       New York, NY

SO ORDERED:

*/s/ Gary Stein*
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE