LAW OFFICE OF JENNIFER E. TUCEK, P.C.
641 Lexington Avenue, 15th Floor
New York, New York 10022
(917) 669-6991
TucekLaw@Gmail.com

March 25, 2025

Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Alexander Gomes v. Frantor Realty Corp. et al*
*24-cv-2770 (ALC)*

Dear Judge Stein:

I represent the Plaintiff in the above-referenced matter to advise the court that the parties have settled the matter in principle and request that in the event the case be closed, that the Parties be given 60 days to reopen. Thank you.

/s/Jennifer E. Tucek
Jennifer E. Tucek, Esq.